IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

APRIL L. LISTON and husband, )
BRENT A. LISTON, )
        Plaintiffs )
)
    v. ) No. 4:03-cv-110
)
THE AMERICAN NATIONAL )
RED CROSS, )
        Defendant )

**O R D E R**

For the reasons set forth in the Memorandum Opinion this day passed to the Clerk for filing, it is hereby ORDERED that defendant's motion for summary judgment [Court File #12] is DENIED.

**E N T E R :**

                                              *s/ James H. Jarvis*
                                       UNITED STATES DISTRICT JUDGE